[No. 7502.]

## McCracken v. Cones.

Tax Title—*Refund of Taxes—Burden of Proof*—One claiming under a tax deed is not entitled to a refund of the taxes which he has paid, subsequent to the delivery of the deed, unless he gives evidence of the fact and the amount of the payment.

*Error to Conejos District Court.*—Hon. Charles C. Holbrook, Judge.

Mr. Jesse Stephenson, for plaintiff in error.

Mr. John F. Mail, for defendant in error.

Cones, defendant in error, brought suit against plaintiff in error, McCracken, and others, to quiet title to certain real estate. McCracken was personally served with summons in the action, but failed to enter an appearance. Default was entered against him, and a decree rendered, quieting title to the real estate involved in the plaintiff, and annulling two certain tax deeds on the premises executed and delivered to McCracken. The decree did not provide for reimbursing McCracken on account of taxes paid by him on the premises. He brings the case here for review on error. The sole proposition urged on his behalf is, that the court erred in not making provision in the decree for reimbursing him for taxes paid subsequent to the execution of the tax deeds.

Mr. JUSTICE GABBERT delivered the opinion of the court:

One claiming under a tax deed yhich is annulled is not entitled to a refund of taxes paid by him on the premises subsequent to the delivery of the deed unless he gives evidence of the fact, and the amount of the payment.—*Eaches v. Johnston,* 46 Colo. 457; *McKinley-Lanning Co. v. Varney,* 19 Colo. App. 210.          *Judgment affirmed.*

Mr. JUSTICE MUSSER and Mr. JUSTICE HILL concur.